**CAPITAL CASE – EXECUTION DATE SEPTEMBER 22, 2020**

**No. 20-13353**

# In the United States Court of Appeals for the Eleventh Circuit

---

**UNITED STATES OF AMERICA,**
**APPELLEE,**

**V.**

**WILLIAM EMMETT LECROY, JR.,**
**APPELLANT.**

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

---

**NOTICE REGARDING PAPER COPIES OF APPELLEE'S BRIEF**

---

BYUNG J. PAK
   United States Attorney

CAROLYN "TIPPI" CAIN BURCH
   Assistant U.S. Attorney
   Northern District of Georgia

BRIAN C. RABBITT
   Acting Assistant Attorney General

ROBERT A. ZINK
   Acting Deputy Assistant Attorney General

SCOTT A.C. MEISLER
PAUL T. CRANE
   Criminal Division, Appellate Section
   U.S. Department of Justice
   950 Pennsylvania Ave. NW, Room 1264
   Washington, DC 20530
   (202) 307-3803
   scott.meisler@usdoj.gov
   paul.crane@usdoj.gov

## CERTIFICATE OF INTERESTED PERSONS
*United States of America v. William Emmet LeCroy, Jr.*
No. 20-13353

Undersigned counsel for the United States of America hereby certifies that the following is a complete list of persons and entities who have an interest in the outcome of this case:

Borucki, Jane Swift, Former Assistant United States Attorney

Burby, Joey, Former Assistant United States Attorney

Burch, Carolyn "Tippi" Cain, Assistant United States Attorney

Cole, Susan S., Former United States Magistrate Judge

Crane, Paul T., Attorney, Appellate Section, DOJ Criminal Division

Dingle, Shanya, Former Assistant United States Attorney

Duffey, Honorable, William S., Jr., Former United States Attorney

Evans, Honorable Orinda D., United States District Court Judge

Ferrell, Stephen Allen, counsel for Appellant

Fuller, Honorable J. Clay, United States Magistrate Judge

Horn, John A., Former United States Attorney

Kearns, Stephanie Ann, Former counsel for Appellant

Kish, Paul Stephen, Former counsel for Appellant

LeCroy, Jr. William Emmett, Appellant

Martin, John R., counsel for Appellant

C-1 of 3

McBath, J. Elizabeth, Assistant United States Attorney

McKinnon, Jr., William, Former Assistant United States Attorney

Meisler, Scott A.C., Attorney, Appellate Section, DOJ Criminal Division

Mendelsohn, Brian, Former counsel for Appellant

Michaels, Sandra, counsel for Appellant

Nahmias, Honorable, David E., Former United States Attorney

Pak, Byung J., United States Attorney

Queen, Roger Glenn, Former Assistant United States Attorney

Smith, Thomas Corley, Former counsel for Appellee

Sommerfeld, Lawrence R., Former Assistant United States Attorney

Story, Honorable Richard W., United States District Court Judge

Strippoli, Sandra E., Assistant United States Attorney

Summer, Daniel A., Former counsel for Appellant

Tiesler, Joann, Victim

United States of America, Appellee

Vineyard, Honorable, Russell, Former Assistant United States Attorney

Weathersby, Rise Hegwood, Former counsel for Appellant

Weil, Amy L., Former Assistant United States Attorney

Yates, Sally Quillian – Former United States Attorney

No publicly traded company or corporation has an interest in the outcome of the case or appeal.

s/ Scott Meisler
SCOTT A.C. MEISLER
Counsel for United States

No. 20-13353

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
APPELLEE,

v.

WILLIAM EMMETT LeCROY, JR.,
APPELLANT.

### NOTICE REGARDING PAPER COPIES OF APPELLEE'S BRIEF

As required under this Court's General Order No. 46, Appellee notifies the Court that, in light of the COVID-19 (coronavirus) pandemic restrictions currently in place, Appellee is unable to comply with the requirement to file paper copies of its brief at this time. Appellee will file paper copies of the brief at a future date to be established by the Court.

Respectfully submitted,

   /s/ Scott Meisler
SCOTT A.C. MEISLER
   Criminal Division, Appellate Section
   U.S. Department of Justice
   950 Pennsylvania Ave. NW, Room 1264
   Washington, DC 20530
   (202) 307-3803
   scott.meisler@usdoj.gov

1

## CERTIFICATE OF COMPLIANCE AND SERVICE

This notice complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point Calisto MT, a proportionally spaced typeface, using Microsoft Word for Office 365 word processing software.

Undersigned counsel of record certifies that this document was this day served upon counsel for appellants by notice of electronic filing with the Eleventh Circuit CM/ECF system.

**DATED:    SEPTEMBER 14, 2020**

/s/ Scott Meisler
SCOTT A.C. MEISLER
Counsel for United States