# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

_____

No. 20-13353-P

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM EMMETT LECROY, JR.,

Defendant - Appellant.

_____

On Appeal from the United States District Court for the
Northern District of Georgia

_____

BEFORE:   WILLIAM PRYOR, Chief Judge, NEWSOM, and LUCK, Circuit Judges.

BY THE COURT:

Appellant's motion to stay execution pending the Court's review of his petition for rehearing en banc is DENIED because he has not made the requisite showing.  *See Nken v. Holder*, 556 U.S. 418, 434 (2009).