(ORDER LIST:  591 U.S.)


TUESDAY, SEPTEMBER 22, 2020


CERTIORARI DENIED

20-5767    LECROY, WILLIAM E. V. UNITED STATES
(20A52)

The application for stay of execution of sentence of death presented to Justice Thomas and by him referred to the Court is denied. The petition for a writ of certiorari is denied.