# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 22, 2020

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:  William Emmett LeCroy, Jr.
           v. United States
           No. 20-5767
           (Your No. 20-13353)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 22, 2020 and placed on the docket September 22, 2020 as No. 20-5767.

Sincerely,

**Scott S. Harris**, Clerk

by

Mara Silver
Advising Attorney/Emergency Applications

Clerk