**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 20-13353

_____

District Court Docket No.
2:02-cr-00038-RWS-JCF-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM EMMETT LECROY, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 16, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: David L. Thomas

ISSUED AS MANDATE: 9/25/2020