# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 25, 2020

Clerk - Northern District of Georgia
U.S. District Court
121 SPRING ST SE
STE 201
GAINESVILLE, GA 30501

Appeal Number:  20-13353-P
Case Style: USA v. William LeCroy, Jr.
District Court Docket No: 2:02-cr-00038-RWS-JCF-1

The Supreme Court has denied certiorari. The enclosed copy of the judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel. A copy of the court's decision was previously forwarded to counsel on the date it was issued.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to:  David L. Thomas
Phone #:  (404) 335-6171

Enclosure(s)

MDT-1 Letter Issuing Mandate